**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL EDWARDS,** | ) | **Case No.:**  2:25-cv-1416-RMG |
| | ) | **(Formerly 2025CP1500240)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **KRAFT HEINZ FOOD COMPANY AND** | ) | |
| **FOOD LION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendant Kraft Heinz Foods Company, incorrectly referred to as Kraft Heinz Food Company, would respectfully show the Court in support of its Notice of Removal that:

1.      The Summons and Complaint in this action were filed on February 11, 2025, in the Court of Common Pleas for Colleton County, South Carolina.  Attached for the Court are copies of Plaintiff's Summons and Complaint.  The Complaint is the first pleading provided to the Defendant in this action, and Plaintiff's counsel first provided notice of the pleading against Kraft Heinz Food Company and Food Lion, LLC on February 13, 2025. Therefore, removal is timely under 28 U.S.C. §1446(b).

2.      The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.  Upon information and belief, the Plaintiff is a resident of the State of South Carolina, specifically Walterboro, Colleton County, South Carolina. Defendant Kraft Heinz Food Company is a corporation organized and existing pursuant to the laws of the State of Pennsylvania with its principal places of business in Chicago, Illinois at 200 E. Randolph St.,

Suite 7600, Chicago, Illinois 60601.  Defendant Food Lion, LLC is a limited liability company organized and existing pursuant to the laws of the State of North Carolina with its principal place of business in Salisbury, North Carolina, at 2110 Executive Drive, Salisbury, North Carolina 28145.

3.     Plaintiff has brought claims against Defendants based on alleged adulterated food product.

4.     Venue is proper in this matter in the Charleston Division of this Court in accordance with 28 U.S.C. §1441(a).

4.     Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 based on Plaintiff's allegation that "Plaintiff's teeth were broken and his jaw was injured; the plaintiff has incurred medical bills for treatment and has suffered pain and discomfort, all to his actual and punitive damages." Compl. ¶5.

5.     Defendants have filed no pleadings in this action with the Colleton County Court of Common Pleas in response to Plaintiffs' Complaint; however, Defendants will timely file a responsive pleading to Plaintiff's Complaint.

6.     Defendants have furnished a copy of this Notice of Removal to the Clerk of Court for Colleton County, South Carolina.

~Signature line to follow~

Page **2** of **3**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/Christy Mahon
Mark S. Barrow Fed. I.D. No. 1220
Christy E. Mahon Fed. I.D. No. 7896
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
**ATTORNEY FOR THE DEFENDANT KRAFT HEINZ FOODS COMPANY INCORRECTLY REFERRED TO AS KRAFT HEINZ FOOD COMPANY**

Columbia, South Carolina

March 7, 2025